**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMAD HASAN ALSYOUF,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | NO. EDCV 11-1867 SS<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: January 29, 2013

                                                    _____/S/_____<br>
                                                    SUZANNE H. SEGAL<br>
                                                    UNITED STATES MAGISTRATE JUDGE